UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND and INDIANA STATE COUNCIL OF CARPENTERS HEALTH AND WELFARE FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 3:05-CV-272 RM |
| A.C.G. CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On May 5, 2005, Plaintiffs filed their complaint alleging that Defendant failed to make monthly contributions to the pension fund. On June 6, 2005, a clerk's entry of default was entered against Defendant for its failure to appear or otherwise defend this action. In order to help ascertain the proper amount due to the pension fund, Plaintiffs filed a motion to compel discovery on June 21, 2005, which this Court granted on June 22, 2005. This Court's June 22, 2005 order directed Defendant to produce and permit inspection of its contribution reports within thirty days of the order. Defendant, however, failed to provide the requested reports. Consequently, on August 16, 2005, this Court order Defendant, through its President, Armando C. Garcia, to either produce and permit the inspection and copying of the contribution reports by October 1, 2005, or appear in Court for a show cause hearing on October 13, 2005, at 9:30 a.m.

According to Plaintiffs' affidavit, they once again attempted to reach Mr. Garcia on August 18, 2005, by sending him a letter. Mr. Garcia did not respond to the letter. Plaintiffs made at least three phone calls to Mr. Garcia seeking his compliance before the show cause

hearing. Around 8:00 a.m. on October 13, 2005, the morning of the show cause hearing, Plaintiffs finally reached Mr. Garcia by telephone. Mr. Garcia stated that he had forgotten about the hearing. Mr. Garcia did not appear for this Court's October 13, 2005 order to show cause hearing. As of this date, Mr. Garcia has not complied with this Court's order requiring inspection of the contribution reports, nor has he provided any explanation for his inaction.

As a result of Mr. Garcia's repeated failures to abide by orders of this Court, despite numerous opportunities to do so, this Court **RECOMMENDS** that Defendant, through its President Armando C. Garcia, be found in contempt for violating the June 22, 2005 and August 16, 2005 court orders. It is further **RECOMMENDED** that the United States Marshal Service be directed to secure the person of Armando C. Garcia and present him in person before the court for a contempt hearing. However, this Court **RECOMMENDS** that Mr. Garcia be allowed to purge himself of the order of contempt by complying with the June 22, 2005 order at any time before the contempt hearing.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 28th Day of October, 2005.

>                          s/Christopher A. Nuechterlein
>                          Christopher A. Nuechterlein
>                          United States Magistrate Judge

cc:    Garcia

2