VACATED PURSUANT TO 12/21/2005 ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND and INDIANA STATE COUNCIL OF CARPENTERS HEALTH AND WELFARE FUND, )<br><br>Plaintiff )<br><br>vs. )<br><br>A.C.G. CONSTRUCTION, INC., )<br><br>Defendant ) | CAUSE NO. 3:05-CV-272 RM |

O R D E R

No objection having been filed, the court now ADOPTS the report and recommendation of the United States Magistrate Judge [Docket No. 14]. The court FINDS the defendant, through its President Armando C. Garcia, in contempt for violating the June 22, 2005 and August 16, 2005 court orders [Docket Nos. 9 and 11]. The United States Marshal Service is DIRECTED to secure the person of Armando C. Garcia and present him in person before the court (Judge Nuechterlein) for a contempt hearing. Mr. Garcia may purge himself of the order of contempt by complying with the June 22, 2005 order [Docket No. 9] at any time before the contempt hearing.

SO ORDERED.

ENTERED:  November 29, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court